IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § | |
| **JAMES ALVIN THOMAS SR.** | § | |
| | § | CASE NO. 16-00333 |
| | § | |
| **1348 GIP MANNING ROAD** | § | CHAPTER 13 |
| CLARKSVILLE, TN 37042 | § | JUDGE MASHBURN |

SSN: xxx-xx-1833
DEBTOR.

### STATEMENT OF SUGGESTION OF DEATH UPON THE RECORD
### UNDER RULE 25(A)(1)

Robert H. Moyer, attorney for the Debtor, **JAMES ALVIN THOMAS SR.,** suggests upon the record, pursuant to Rule 25(a)(1), the death of **JAMES ALVIN THOMAS SR. ,** the Debtor, having passed away March 7, 2017, during the pendency of this action.

Respectfully submitted,

BY: /s/ ROBERT H. MOYER
Robert H. Moyer
Attorney for Debtor
408 Franklin Street
Clarksville, TN 37040
931/221-0010
Fax: 931/221-0112
rhmoyer@bellsouth.net

### CERTIFICATE OF SERVICE

I, Robert H. Moyer, Attorney for Debtor(s), hereby certifies that a copy of the foregoing was mailed, U.S. Mail, postage prepaid, to Henry E,. Hildebrand, III, Chapter 13 Trustee, P.O. Box 340019, Nashville, TN 37203-0019; U.S. Trustee's Office, 318 Customs House, 701 Broadway, Nashville, Tennessee 37203, and all parties listed on the attached matrix on this the 8th day of March, 2017.

/s/ ROBERT H. MOYER
Robert H. Moyer