IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
JAMES ALVIN THOMAS SR., ) Bk. No. **16-00333-RM3-13**
1348 Gip Manning Road ) Chapter 13
Clarksville, TN 37042 ) Judge Randal S. Mashburn
SSN: XXX-XX-1833 )
               Debtor(s). )

ORDER DENYING DEBTOR'S APPLICATION TO MODIFY PLAN

      This matter came to be heard on May 17, 2017, continued from April 19, 2017, upon the debtor's application for an order modifying the confirmed plan. The Trustee was opposed to the debtor's request. At the call of the docket, the Trustee advised the Court that debtor's counsel had indicated the debtor did not intend to pursue the Application to Modify the Plan in light of the Trustee's opposition. Based upon this announcement, it is

      ORDERED, the debtor's Application for an Order Modifying the Plan confirmed in the above case is denied.

                                THIS ORDER WAS SIGNED AND ENTERED
                                ELECTRONICALLY AS INDICATED AT THE
                                TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certifies that on or before the 19th day of May, 2017, a true and correct copy of the foregoing has been served in the following manner:

***Email by Electronic Case Noticing to:***

U. S. Trustee
Robert H. Moyer, Counsel for Debtor

***By U. S. Postal Service, postage prepaid to:***

Estate of James A. Thomas Sr., 1348 Gip Manning Road, Clarksville, TN 37042

                                /s/ Henry E. Hildebrand, III
                                _____
                                Henry E. Hildebrand, III
                                Chapter 13 Trustee