# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                            Case No.16-00333-RM3-13
JAMES ALVIN THOMAS SR (DECEASED)            JUDGE RANDAL S MASHBURN
1348 GIP MANNING RD
CLARKSVILLE, TN 37042

SSN XXX-XX-1833

## TRUSTEE'S NOTICE OF DIRECT PAY ORDER

     HENRY E. HILDEBRAND, III, Standing Trustee for Chapter 13 matters in the Middle District Of Tennessee, hereby provides notice that the trustee has received information that the source of the debtor's income has changed. The source of payments to the trustee should be the debtor paying directly pending a subsequent notice.

                                                    Respectfully Submitted,

                                                    /s/ Henry E. Hildebrand, III
                                                    HENRY E. HILDEBRAND, III
                                                    CHAPTER 13 TRUSTEE
                                                    P O BOX 340019
                                                    NASHVILLE, TN 37203
                                                    PHONE: 615-244-1101
                                                    FAX: 615-242-3241
                                                    pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid to:
JAMES ALVIN THOMAS SR (DECEASED), 1348 Gip Manning Rd, Clarksville, TN 37042;

Email by Electronic Case Noticing to:
ROBERT H MOYER, ATTY, Debtor's counsel

on this 23rd day of May, 2017.

                                                    /s/ Henry E. Hildebrand, III
                                                    HENRY E. HILDEBRAND, III
                                                    Chapter 13 Trustee